# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| PHI HEALTH, LLC., | ) | |
| | ) | Case No. 2:25-cv-00082 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Removed from the Circuit Court of Macon |
| | ) | County, Missouri at Macon |
| ALLIED BENEFIT SYSTEMS, LLC., | ) | Civil Action File No: 25MA-CC00060 |
| MA BANK, and MA BANK | ) | |
| EMPLOYEE BENEFITS PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS NOTICE OF WITHDRAWAL

NOW COMES, Ryan T. Brown of GORDON REES SCULLY MANSUKHANI, LLP, hereby withdraws his appearance as counsel of record for ALLIED BENEFIT SYSTEMS, LLC, MA BANK and MA BANK EMPLOYEE BENEFITS PLAN.

Respectfully submitted,

/s/ Ryan T. Brown
Ryan T. Brown, Esq. (#6269256) (#62336)
Gordon Rees Scully Mansukhani, LLP
211 North Broadway, Suite 2150
St. Louis, MO 63102
(314) 967-6686
rbrown@grsm.com